**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
———————————————

**DYNETIX DESIGN SOLUTIONS, INC.,
A CALIFORNIA CORPORATION,**
            *Plaintiff-Appellant*,

v.

**SYNOPSYS, INC., A DELAWARE CORPORATION,**
            *Defendant-Appellee*,

AND

**INTEL CORPORATION,**
            *Intervenor*.
———————————————

No. 2013-1676
———————————————

Appeal from the United States District Court for the Northern District of California in No. 5:11-CV-05973-PSG, Magistrate Judge Paul S. Grewal.
———————————————

**<u>JOINT DISMISSAL AGREEMENT</u>**

Plaintiff-Appellant Dynetix Design Solutions, Inc. ("Appellant"), Defendant-Appellee Synopsys, Inc. ("Appellee"), and Intervenor Intel Corporation stipulate to a voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b). Each party shall bear its own costs and attorneys fees.

Respectfully submitted,

/s/   J. James Li, Ph.D.                    /s/   Carter G. Phillips

J. James Li, Ph.D.                          Carter G. Phillips
  *Counsel of Record*                         *Counsel of Record*
LILAW INC.                                  Richard D. Klingler
5050 El Camino Real, Ste 200                Rachel H. Townsend
Los Altos, CA 94022                         James A. High Jr.
(650) 521-5956                              SIDLEY AUSTIN LLP
                                            1501 K Street, N.W.
*Attorney for Plaintiff-Appellant*          Washington, D.C. 20005
                                            (202) 736-8000

                                            Chris R. Ottenweller
                                            I. Neel Chatterjee
                                            Andrew S. Ong
                                            Jason K. Yu
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            1000 Marsh Road
                                            Menlo Park, CA 94025

                                            Benjamin J. Hofileña
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            777 South Figueroa St., Suite 3200
                                            Los Angeles, CA 90017

                                            *Attorneys for Defendant-Appellee*

       /s/   Anthony L. Marks

Anthony L. Marks
  *Counsel of Record*
Dan L. Bagatell
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012–2788
Phone: (602) 351–8000

*Attorneys for Intervenor*

March 10, 2014

**UNITED STATES COURT OR APPEALS FOR THE FEDERAL CIRCUIT**

<u>Dynetix Design Solutions, Inc.</u> v. <u>Synopsys, Inc.</u>

No. 2013-1676

**CERTIFICATE OF INTEREST**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedures and Rule 47.4 of the Federal Circuit Rules, it is hereby certified:

1. The full name of the plaintiff and appellant, represented by the counsel captioned above, is Dynetix Design Solutions, Inc. ("Dynetix").

2. Dynetix is the real party in interest.

3. Dynetix has no parent company, and there is no publicly held corporation that owns 10% or more of its stocks.

4. No other counsels are expected to appear for Dynetix in this appeal. The following law firms and attorneys have appeared for Dynetix in the District Court:

- J. James Li of the law firm LiLaw Inc.

- Christopher D. Banys, Richard C. H. Lin, Jennifer C. Lu, and Daniel M. Shafer of the law firm Banys PC.

Dated: March 10, 2014                **LILAW INC.**

By: /s/ J. James Li, Ph.D.

J. James Li, Ph.D

**UNITED STATES COURT OR APPEALS FOR THE FEDERAL CIRCUIT**

<u>Dynetix Design Solutions, Inc.</u> v. <u>Synopsys, Inc.</u>

No. 2013-1676

**CERTIFICATE OF INTEREST**

Counsel for the Appellee Synopsys, Inc. certifies the following:

1.    The full name of every party represented by counsel for the Appellee is: <u>Synopsys, Inc.</u>

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by counsel for the Appellee is: <u>N/A.</u>

3.    No publicly held company owns 10 percent or more of the stock of the parties represented by counsel for the Appellee.

4.    The names of all law firms and the partners, counsel or associates that appeared for the party represented by counsel for the Appellee in the trial court or agency or are expected to appear in this court are:

<u>SIDLEY AUSTIN LLP:</u>  Carter G. Phillips, Richard D. Klingler, Rachel H. Townsend, James A. High Jr.

<u>ORRICK, HERRINGTON & SUTCLIFFE LLP:</u>  Christopher R. Ottenweller, I. Neel Chatterjee, Benjamin J. Hofileña, Andrew S. Ong, Jason K. Yu

Date:  March 10, 2014              /s/ James A. High Jr.
                                   James A. High Jr.

**UNITED STATES COURT OR APPEALS FOR THE FEDERAL CIRCUIT**

<u>Dynetix Design Solutions, Inc.</u> v. <u>Synopsys, Inc.</u>

No. 2013-1676

**CERTIFICATE OF INTEREST**

Counsel for intervenor certifies the following:

The full name of every party or amicus curiae represented by me is:

Intel Corporation

The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

n/a

All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Intel has no parent corporation, and no publicly-held company owns 10% of more of Intel's stock.

The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by me in the trial court or are expected to appear in this Court are listed below.

<u>PERKINS COIE LLP</u>
Anthony L. Marks
Dan L. Bagatell

Dated: March 10, 2014          /s/  Anthony L. Marks
                                   Anthony L. Marks

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

**DYNETIX DESIGN SOLUTIONS, INC.,**
**A CALIFORNIA CORPORATION,**

*Plaintiff-Appellant*,

v.

**SYNOPSYS, INC., A DELAWARE CORPORATION,**

*Defendants- Appellee*,

AND

**INTEL CORPORATION,**

*Intervenor.*

_____

No. 2013-1676

_____

Appeal from the United States District Court for the Northern District of California in No. 5:11-CV-05973-PSG, Magistrate Judge Paul S. Grewal.

_____

## PROPOSED ORDER

Upon consideration of the Joint Dismissal Agreement filed by the parties to this appeal,

IT IS ORDERED THAT:

    1)    The appeal is DISMISSED under Federal Rule of Appellate Procedure 42(b).

1

2)　　Each party shall bear its own costs and attorneys fees.

　　　　　　　　　　　　　　　　　　FOR THE COURT:


Date:_____　　　　　　　_____

**ELECTRONIC SIGNATURE ATTESTATION**

Pursuant to ECF-3(B)(2), I certify that I obtained consent to include an electronic signature from each attorney other than myself whose electronic signature appears in this filing, including J. James Li, counsel for Appellant, and Anthony L. Marks, counsel for Intervenor.

Date:  March 10, 2014        /s/  James A. High Jr.
                             James A. High Jr.

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2014, I filed the foregoing **JOINT DISMISSAL AGREEMENT** with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system, including:

    J. James Li
    lij@lilaw.us
    LiLaw Inc.
    *Attorney for Plaintiff-Appellant Dynetix Design Solutions, Inc.*

    Anthony L. Marks
    AMarks@perkinscoie.com
    Dan L. Bagatell
    DBagatell@perkinscoie.com
    Perkins Coie LLP
    *Attorneys for Intervenor Intel Corporation*

                                                  /s/ James A. High Jr.
                                                      James A. High Jr.